JS-6



FILED
CLERK, U.S. DISTRICT COURT

December 9, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHN WILLIAMS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SANTANDER BANK, and DOES 1-100 inclusive, <br><br> Defendants. | Case No. 2:15-cv-04188 SJO (RAOx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Honorable S. James Otero |

Pursuant to the parties' stipulation, and good cause appearing, the above-captioned action is dismissed in its entirety with prejudice.  Each party shall bear his/its own costs and fees.

IT IS SO ORDERED.

DATED:  December 9, 2015

*S. James Otero*

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE